HARRY WEINSTEIN ET AL., APPELLANTS, v. CHURNA SHAPIRO, RESPONDENT.

Argued October 17, 1944—Decided January 4, 1945.

For the appellants, *Abraham R. Klitzman.*

For the respondent, *Durand, Ivins & Carton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance* — THE CHANCELLOR, PARKER, CASE, DONGES, PERSKIE, PORTER, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 11.

*For reversal*—None.